■ ERNEST KELLY et al., Respondents, v STATE OF NEW YORK, Appellant. DONALD FRANKLIN, SR., et al., Respondents, v STATE OF NEW YORK, Appellant. FRED MYERS, III, an Infant, by CAROL MYERS, as His Parent, Respondent, v STATE OF NEW YORK, Appellant.—Order unanimously affirmed without costs. Memorandum: Where, as here, each claimant filed a document within the statutory period prescribed in Court of Claims Act § 10 and the document embodied all of the necessary elements of a claim (Court of Claims Act § 11), the Court of Claims properly determined that each document constituted a valid, timely filed claim against the State *(see, Chalmers & Son v State of New York,* 271 App Div 699, *affd* 297 NY 690; *Carnesi v State of New York,* 140 AD2d 912, 913; *Jacobs v State of New York,* 129 AD2d 772; *Liberty Mut. Ins. Co. v State of New York,* 121 AD2d 694; *Heisler v State of New York,* 78 AD2d 767). (Appeal from order of Court of Claims, NeMoyer, J.— discovery.) Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.